1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID SEARS,                              No.  2:16-cv-00774-GGH P

12                      Petitioner,

13         v.                                    ORDER

14    DAVE DAVEY, Warden,

15                      Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis

19    pursuant to 28 U.S.C. § 1915.

20         Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford

21    the costs of suit.  Accordingly, the request for leave to proceed in forma pauperis is granted.  See

22    28 U.S.C. § 1915(a).

23         The court's records reveal that petitioner has previously filed an application for a writ of

24    habeas corpus attacking the conviction and sentence challenged in this case.  The previous

25    application was filed on June 21, 2013, and was denied on the merits on June 5, 2014.  Before

26    petitioner can proceed with the instant application, he must move in the United States Court of

27    Appeals for the Ninth Circuit for an order authorizing the district court to consider the

28    application.  28 U.S.C. § 2244(b)(3).  Therefore, petitioner's application must be dismissed

1

1  without prejudice to its re-filing upon obtaining authorization from the United States Court of

2  Appeals for the Ninth Circuit.

3       In accordance with the above, IT IS HEREBY ORDERED that:

4       (1)  Petitioner's application to proceed in forma pauperis (ECF No. 2) is granted; and

5       (2)  This action is dismissed without prejudice.

6  Dated:  May 18, 2016

7                 /s/ Gregory G. Hollows

8               UNITED STATES MAGISTRATE JUDGE

9

10

11  GGH:17:Sears774.succ

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28